*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

BOBBY GREEN

vs.                                   NO. 4:08CV01021 SWW

PULASKI COUNTY, ARKANSAS, ET AL

### ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties stating that this cause of action should be dismissed,

IT IS THEREFORE ORDERED that all claims in this cause of action hereby are dismissed with prejudice, each side to bear their own costs and attorney's fees herein.

DATED this 30th day of November 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE